| **Return** | | |
|---|---|---|
| Case No.: 3:15mj39  2100530-PMN | Date and time warrant executed: 1-28-2015 2:41 pm | Copy of warrant and inventory left with: USPIS – Charlotte Division Headquarters |

Inventory made in the presence of:
Insp Crooks + Davis

Inventory of the property taken and name of any person(s) seized:

23 pounds 9.25 ozs Marijuana

FILED
CHARLOTTE, NC
MAR 0 6 2015
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3-6-2015

Executing officer's signature

U.S. Postal Inspector  J. 6. Crooks
Printed name and title

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br><br>Express mail parcel bearing mailing label tracking number EK643471666US, currently located at 2300 Yorkmont Road, Charlotte, NC 28217 | )<br>)<br>) Case No. 3:15 mj 39<br>)<br>)<br>) |

Certified to be a true and correct copy of the original.
U.S. District Court
Frank G. Johns, Clerk
Western District of N.C.
By: _____
Deputy Clerk
Date 1/28/15

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Western District of North Carolina:

Express mail parcel bearing mailing label tracking number EK643471666US, currently located at 2300 Yorkmont Road, Charlotte, NC 28217

The person or property to be searched, described above, is believed to conceal:

Controlled substances, packaging, shipping records, notes and correspondence, currency, and/or evidence tending to identify source of packages and recipient.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   2-11-15
(not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge David S. Cayer or David C. Keesler    .
   *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*.
   ☐ until, the facts justifying, the later specific date of                    .

Date and time issued:   1-28-15  1:43 pm            _____
                                                     *Judge's signature*

City and state:  Charlotte, NC                   David S. Cayer, U.S. Magistrate Judge
                                                    *Printed name and title*